IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAREY JAMES LEGVOLD,<br><br>Defendant. | **No. 1:26-cr-00003-RGE-HCA**<br><br>**VERDICT FORM** |

COUNT ONE

With respect to the crime charged in Count One of the Indictment—Conspiracy to Distribute a Controlled Substance—we, the jury, unanimously find the defendant, CAREY JAMES LEGVOLD:

_____ NOT GUILTY ✓ GUILTY

*NOTE: If you found the Defendant "guilty" of the crime charged in Count 1 of the Indictment, you must answer Interrogatory 1 on the next page. If you found the Defendant "not guilty," do not consider Interrogatory 1. Proceed to the signature section at the bottom of page 2.*

**Interrogatory #1:**

We, the jury, unanimously find, beyond a reasonable doubt, that the defendant, CAREY JAMES LEGVOLD, conspired to distribute:

__✓__ 50 grams or more of methamphetamine;

_____ at least 5 grams but less than 50 grams of methamphetamine, or

_____ less than 5 grams of a mixture or substance containing methamphetamine.

We, the jury, unanimously agree to the verdict above.

07-1-26
Date

_______________________
Foreperson